IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY McCAIN, et al., )
)
    Plaintiffs, )
)
v. ) No. 04-3037 Ml/P
)
SHELBY COUNTY, et al., )
)
    Defendants. )
)

ORDER SETTING TRIAL AND PRETRIAL DATES

    Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on May 24, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last five (5) days, is set to begin <u>Monday, June 5, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, May 30, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>May 23, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) F.R.C.P.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __8__ day of June, 2005.

```
                              /s/ Jon P. McCalla
                         _____
                         JON PHIPPS McCALLA
                         UNITED STATES DISTRICT JUDGE
```

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-03037 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen A. Hester
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT