IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF TENNESSEE

BILLY LEE ALLRED, DECEASED,
MARY MCCAIN AND JANICE SHUFFIED,
AS PETITIONERS and ADMINISTRATRICES             PLAINTIFFS

vs.                                              NO.: 04-3037-M1/P

SHELBY COUNTY                                    **MOTION GRANTED**
MATTHEW WILSON MD, SHELLY D. TIMMONS, MD,
MICHAEL MUHLBAUER, MD, CATHERINE CAGIANNOS, MD,   JON PHIPPS McCALLA
ALLEN K. SILLS, JR. MD, MICHAEL KEUTER, MD and THE   U.S. DISTRICT JUDGE
SHELBY COUNTY HEALTHCARE CORP., d/b/a THE REGIONAL
MEDICAL CENTER AT MEMPHIS, THE MED,              DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiff's, by and through counsel, and files this their Motion For Extension of Time To Respond To Motion for Summary Judgment and would show unto the Court as follows, to-wit:

1. That counsel for Plaintiff has just received the films from the Med. These records were originally subpoenaed in docket no.: 04-2596-MaV on September 14, 2004. Plaintiffs' counsel has forwarded these films to a consulting expert. The normal turnaround is about 6 weeks.

2. That the Defendants Allen K. Sills, Shelly D. Timmons and Michael Muhlbauer have filed a motion for summary judgment with an affidavit of Shelly D. Timmons in support thereof. The deadline for a response is currently July 25, 2005. That the relevant defendants through counsel have been consulted and agree to the extension of time to respond to August 25, 2005.

3. That a proposed Agreed Order is attached hereto evidencing agreed consent.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the time for Plaintiffs to respond to Defendant's Motion for Summary Judgment be extended to August 25, 2005.

Respectfully submitted,
GILDER, HOWELL & ASSOCIATES, P.A.

Jefferson D. Gilder, #14321
Attorney for Plaintiffs
P.O. Box 193
Southaven, MS 38671
662-349-2092

## CERTIFICATE OF SERVICE

I, Jefferson D. Gilder, do hereby certify that I have this day served a true and correct copy of the above and foregoing Motion for Extension of Time, U.S. Mail, postage prepaid to the following:

Hon. J. Kimbrough Johnson
Thomason Hendrix Harvey
Johnson & Mitchell
40 S. Main, Suite 2900
Memphis, TN 38103

Hon. Stephen A. Hester
Leitner Williams Dooley & Napolitan
254 Court Ave., 2nd Floor
Memphis, TN 38103

Hon. Mark S. Norris
Armstrong Allen, PLLC
80 Monroe Ave., Suite 700
Memphis, TN 38103

Hon. Cannon F. Allen
Armstrong Allen, PLLC
80 Monroe, Suite 700
Memphis, TN 38103

This the 22nd day of July, 2005.

_____
Jefferson D. Gilder
Certifying Attorney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-03037 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen A. Hester
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT