IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 13 PM 12: 14
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

BILLY LEE ALLRED, DECEASED, )
MARY MCCAIN, AND JANICE )
SHUFFIED, AS PETITIONERS AND )
ADMINISTRATRICES, )
)
Plaintiffs, )
)
v. ) No. 04-3037 Ml/An
)
SHELBY COUNTY, MATTHEW WILSON, )
M.D., SHELLY D. TIMMONS, M.D., )
MICHAEL MUHLBAUER, M.D., )
CATHERINE CAGIANNOS, M.D., )
ALLEN K. SILLS, JR., M.D., )
MICHAEL KEUTER, M.D., and THE )
SHELBY COUNTY HEALTHCARE CORP., )
d/b/a The Regional Medical )
Center at Memphis, THE MED, )
)
Defendants. )

---

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF SHELLY D. TIMMONS, M.D., MICHAEL MUHLBAUER, M.D., AND ALLEN K. SILLS, JR., M.D.**

---

Before the Court is the Motion for Summary Judgment by Defendants Timmons, Muhlbauer, and Sills, filed June 22, 2005. Also before the Court are Defendants' Renewed Motion for Summary Judgment, filed September 8, 2005, and Supplemental Support for Motion for Summary Judgment, filed September 21, 2005. Plaintiffs have not responded to the above motions.

It appearing to the Court that there are no genuine issues of material fact and that these defendants are entitled to

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-13-05

31

summary judgment in their favor as a matter of law, the Motion for Summary Judgment as to Defendants Timmons, Muhlbauer, and Sills is GRANTED.

SO ORDERED this __12__ day of ~~September~~ October, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

-2-

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-03037 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen A. Hester
ARMSTRONG ALLEN, PLLC- Memphis
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT